# United States Bankruptcy Court
### Northern District of Illinois
### Eastern Division

**VOLUNTARY PETITION**

| Name of Debtor - (If individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **Delatorre, Javier** | **Delatorre, Raquel** |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| **None** | **None** |

| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 0593 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 0450 |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): 1931 North Wolcott Avenue Chicago, IL | Zip Code 60622 | Street Address of Joint Debtor (No. & Street, City, andvState): 4314 South Wood Street Chicago, IL | Zip Code 60609 |
|---|---|---|---|

| County of Residence or of the Principal Place of Business: Cook | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): | Zip Code | Mailing Address of Joint Debtor (if different from street address): | Zip Code |
|---|---|---|---|

| Location of Principal Assets of Business Debtor: (if different from address listed above) | Zip Code |
|---|---|

**Type of Debtor** (Form of Organization)
**(Check one box)**

- [X] Individual (includes joint debtors)
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and provide the information requested below.)

State type of entity: _____

**Nature of Business**
(Check all applicable boxes)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [X] Consumer/Non-Business
- [ ] Business

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business under 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Filing Fee** (Check one box)

- [X] Full filing fee attached
- [ ] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B

**Statistical/Administrative Information** (Estimates only)

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

Prepared using Bankruptcy Plus® by Cornerstone Computer Group Inc., Bellingham, Washington (800) 397-8238

| **Voluntary Petition**<br>(This page must be completed and filed in every case). | Name of Debtor(s):<br>Javier Delatorre and Raquel Delatorre |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheets)** | | |
|---|---|---|
| Location<br>Where Filed: **None** | Case Number | Date Filed |

| **Pending Bankruptcy Case Filed By Any Spouse, Partner Or Affiliate Of This Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor **None** | Case Number | Date Filed |
| District | Relationship | Judge |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>✗ /s/Phillip M. Migdal<br>   Signature of Attorney for Debtor(s)      Date |

| **Exhibit C** | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made part of this petition.<br><br>☒ No | ☒ I/we have received approved budget and credit counseling during the 180-day period preceeding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue (Check any applicable box)**

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of a Residential Property

*Check all applicable boxes*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of this petition.

Prepared using Bankruptcy Plus® by Cornerstone Computer Group Inc., Bellingham, Washington (800) 397-8238

## Voluntary Petition

(This page must be completed and filed in every case).

**Name of Debtor(s):**

Javier Delatorre and Raquel Delatorre

## SIGNATURES

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

(If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11, 12 and 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/Javier Delatorre
Signature of Debtor

X  /s/Raquel Delatorre
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐  Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition ot the foreign main proceeding is attached.

X  _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X  /s/Phillip M. Migdal
Signature of Attorney for Debtor(s)

Phillip M. Migdal
Printed Name of Attorney for Debtor(s)

Phillip M. Migdal
Firm Name

29 South LaSalle Street

Suite 340

Chicago, IL  60603
Address

(312) 332-6867                    (312) 332-6750
Telephone Number                  Fax Number

E-mail: philmig@netzero.net

Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that:  1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110,  2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b);  and,  3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer) (Required by 11 U.S.C. § 110)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Address

X  _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

# United States Bankruptcy Court

### Northern District of Illinois
### Eastern Division

In re:  **Javier Delatorre and Raquel Delatorre**                    Case No. _____

(If Known)

Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts of all claims from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

|  |  |  | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| **NAME OF SCHEDULE** | **ATTACHED (YES/NO)** | **NO. OF SHEETS** | **ASSETS** | **LIABILITIES** | **OTHER** |
| A - Real Property | Yes | 1 | $140,000.00 |  |  |
| B - Personal Property | Yes | 3 | $16,884.99 |  |  |
| C - Property Claimed as Exempt | Yes | 1 |  |  |  |
| D - Creditors Holding Secured Claims | Yes | 1 |  | $158,140.00 |  |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 |  | $819.50 |  |
| F - Creditors Holding Unsecured Non Priority Claims | Yes | 3 |  | $29,886.63 |  |
| G - Executory Contracts and Unexpired Leases | Yes | 1 |  |  |  |
| H - Codebtors | Yes | 1 |  |  |  |
| I - Current Income of Individual Debtor(s) | Yes | 1 |  |  | $2,971.39 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 |  |  | $5,032.72 |
| **Total Number of Sheets in All Schedules ⇨** | | 15 |  |  |  |
| **Total Assets ⇨** | | | $156,884.99 |  |  |
| **Total Liabilities ⇨** | | | | $188,846.13 |  |

In re:  **Javier Delatorre and Raquel Delatorre**                                   **Case No.**

                                                                                    **Chapter**   **7**

**Last four digits of Social Security No.:   0593**

Debtors                                                      **0450**

# SCHEDULE  A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 3 bedroom single family 4314 South Wood Street Chicago, Illinois | joint ownership | J | $140,000.00 | $153,640.00 mortgage |
| | | Total: | $140,000.00 | |

_0_   continuation sheet(s) attached

In re: **Javier Delatorre and Raquel Delatorre**                    Case No.

                                                                   Chapter   **7**

**Last four digits of Social Security No.:  0593**
Debtors                                      **0450**

# SCHEDULE  B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  In providing the information requested in this schedule, do not include the name or  address of a minor child.  Simply state "a minor child".

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT  VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | 3 beds, 2 dressers, 3 t.v., dining Rm. set, computer, Living Rm. Set, stove, refrig, washer/dryer, microwave residence | J | $1,055.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | 15 slacks/pants, 5 skirts, 20 shirts/blouses, 5 shoes/ boots, 3 suits, 3 coats, 3 sweaters, residence | J | $320.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

___4___   continuation sheet(s) attached

In re: **Javier Delatorre and Raquel Delatorre**                              **Case No.**

                                                                              **Chapter      7**

**Last four digits of Social Security No.:   0593**

Debtors                                                     **0450**

# SCHEDULE  B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | | HUS., WIFE, JOINT, OR COMM. | CURRENT  VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1).  Give particulars.  (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Central Pension Fund | H | $13,109.99 |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

3    continuation sheet(s) attached

In re: **Javier Delatorre and Raquel Delatorre**                    **Case No.**

                                                                      **Chapter    7**

**Last four digits of Social Security No.:    0593**
Debtors                                         **0450**

# SCHEDULE  B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | | HUS., WIFE, JOINT, OR COMM. | CURRENT  VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18.  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20.  Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles. | | 1997 Grand Cherokee<br><br>residence | J | $1,200.00 |
| | | 1998 Mercury Villager<br><br>residence | W | $1,200.00 |

2    continuation sheet(s) attached

**In re: Javier Delatorre and Raquel Delatorre**

Case No.

Chapter    7

**Last four digits of Social Security No.:    0593**

0450

Debtors

# SCHEDULE  B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | | HUS., WIFE, JOINT, OR COMM. | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |

1    continuation sheet(s) attached

In re:  **Javier Delatorre and Raquel Delatorre**                              **Case No.**

                                                                              **Chapter**    **7**

    **Last four digits of Social Security No.:**   **0593**
    Debtors                                         **0450**

# SCHEDULE  B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | | HUS., WIFE, JOINT, OR COMM. | CURRENT  VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35.  **Other personal property of any kind not already listed. Itemize.** | X | | | |

| () | continuation sheet(s) attached | | Total  ⇨ | $16,884.99 |
|---|---|---|---|---|

In re:  **Javier Delatorre and Raquel Delatorre**                                    Case No.

                                                                                     Chapter    7

**Last four digits of Social Security No.:  0593**
Debtors                                      0450

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under          ☐  Check if debtor claims a homestead exemption that exceeds $125,000.

☐ **11 U.S.C. 522(b)(2)**

☒ **11 U.S.C. 522(b)(3)**

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 3 bedroom single family | 735 ILCS 5/12-901 | $0.00<br>Claimed By:        Both | $140,000.00 |
| above item continued | 735 ILCS 5/12-901 | $15,000.00<br>Claimed By:        Both | $140,000.00 |
| 3 beds, 2 dressers, 3 t.v., dining Rm. set, computer, Living Rm. Set, stove, refrig, washer/dryer, microwave | 735 ILCS 5/12-1001(b) | $1,055.00<br>Claimed By:        Both | $1,055.00 |
| 15 slacks/pants, 5 skirts, 20 shirts/blouses, 5 shoes/ boots, 3 suits, 3 coats, 3 sweaters, | 735 ILCS 5/12-1001(b) | $320.00<br>Claimed By:        Both | $320.00 |
| Central Pension Fund | 735 ILCS 5/12-1006 | $13,109.99<br>Claimed By:        Debtor | $13,109.99 |
| 1997 Grand Cherokee | 735 ILCS 5/12-1001(c) | $1,200.00<br>Claimed By:        Both | $1,200.00 |
| 1998 Mercury Villager | 735 ILCS 5/12-1001(c) | $1,200.00<br>Claimed By:        Both | $1,200.00 |

_0_   continuation sheet(s) attached

In re: **Javier Delatorre and Raquel Delatorre**                                     **Case No.**

                                                                                      **Chapter    7**

**Last four digits of Social Security No.:    0593**
Debtors                                          0450

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## SPOUSE

**Debtor claims the exemptions to which debtor is entitled under**          ☐ **Check if debtor claims a homestead exemption that exceeds $125,000**

☐ 11 U.S.C. 522(b)(2)

☒ 11 U.S.C. 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **None** | | | |

_0_    continuation sheet(s) attached

In re:  **Javier Delatorre and Raquel Delatorre**

|  |  |  | **Case No.** |  |
|---|---|---|---|---|
| **Last four digits of Social Security No.:** | 0593 | | **Chapter** | **7** |
| Debtors | 0450 | | | |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐  **Check this box if debtor has no creditors holding secured claims to report on this Schedule D.**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | HUS., WIFE, JOINT, OR COMM | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>HSBC Mortgage Services<br>P.O. Box 17580<br>Baltimore, MD  21297 | | J | Date Incurred:<br>**Nature of Lien:**  mortgage<br>**Property:**<br>3 bedroom single family<br><br>**VALUE:** $140,000.00 | | | | $153,640.00 | $13,640.00 |
| Account No:<br>State Farm Insurance Bank<br>P.O. Box 3299<br>Milwaukee, WI  53201-3299 | | J | Date Incurred:<br>**Nature of Lien:**  Vehicle Loan<br>**Property:**<br>1998 Mercury Villager<br><br>**VALUE:** $1,200.00 | | | | $4,500.00 | $3,300.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| (Total of this page) | Subtotal ⇒ | $158,140.00 |
| | Total ⇒ | $158,140.00 |

__0__   continuation sheet(s) attached

In re:  **Javier Delatorre and Raquel Delatorre**                    **Case No.**

                                                                     **Chapter    7**

**Last four digits of Social Security No.: 0593**

Debtors                                                0450

# SCHEDULE  E -  CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.  Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community. " If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place and"X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Repeat this total also on the Summary of Schedules.

Report the total amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet.  Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  If applicable, also report this total on the Means Test total.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITIES (Check the appropiate box(s) below if claims in that category are listed on the attached sheets)**

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒  **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1    continuation sheet(s) attached

In re: **Javier Delatorre and Raquel Delatorre**                              **Case No.**

**Chapter    7**

**Last four digits of Social Security No.:**    **0593**

Debtors                                        **0450**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes, debts owed to government

**TYPE OF PRIORITY**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| **Account No:** <ins> </ins><br>Cook County Assessor<br>118 North Clark Street<br>Chicago, IL  60602 | | J | **Date Incurred:**   2005<br>**Consideration for Claim:**<br>2005 Real Estate Taxes | | | | $819.50 | $819.50 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

|  | | | | | | (Total of this page) Subtotal ⇨ | $819.50 | $819.50 |
| | | | | | | Total ⇨ | $819.50 | $819.50 |

<ins> 0 </ins>   continuation sheet(s) attached

In re:  **Javier Delatorre and Raquel Delatorre**                          Case No.

                                                                           Chapter    7

**Last four digits of Social Security No.:  0593**
                                                    **0450**
Debtors

# SCHEDULE  F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m)  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No: *1437**<br>AOL<br>GPO<br>P.O. Box 30623<br>Tampa, FL  33630-0623 | | J | Date Incurred:<br>**Consideration for Claim:**<br>Fees | | | | $59.60 |
| **Account No: *4633**<br>AT & T<br>c/o CCA<br>P.O. Box 806<br>Norwell, MA  02061-0806 | | J | Date Incurred:<br>**Consideration for Claim:**<br>Extension of Credit | | | | $142.34 |
| **Account No: *8285**<br>Capital One Bank<br>c/o United Recovery Systems<br>5800 North Course Drive<br>Houston, TX  77072 | | J | Date Incurred:<br>**Consideration for Claim:**<br>Credit Card (same as above) | | | | $8,226.53 |
| **Account No: *8763**<br>Capitol One<br>P.O. Box 790216<br>St. Louis, MO  63179-0216 | | J | Date Incurred:<br>**Consideration for Claim:**<br>Credit Card | | | | $729.32 |
| **Account No: *4969**<br>Chase Cardmember Service<br>P.O. Box 100044<br>Kennesaw, GA  30156-9244 | | J | Date Incurred:<br>**Consideration for Claim:**<br>Credit Card | | | | $8,226.53 |
| **Account No: *3362**<br>Cingular Wireless<br>P.O. Box 6428<br>Carol Stream, IL  60197-6428 | | J | Date Incurred:<br>**Consideration for Claim:**<br>Extension of Credit (same as above) | | | | $935.00 |
| **Account No: *4490**<br>Citibank<br>P.O. Box 92350<br>Albuquerque, NM  87199-2350 | | J | Date Incurred:<br>**Consideration for Claim:**<br>Extension of Credit | | | | $468.73 |

|  |  |  | (Total of this page)    Subtotal ⇒ | | | | **$18,788.05** |
|---|---|---|---|---|---|---|---|
| 2    continuation sheet(s) attached | | | | | Total ⇒ | | N/A |

In re: **Javier Delatorre and Raquel Delatorre**                                      Case No.

                                                                                      Chapter    7

**Last four digits of Social Security No.:**      0593
                                                  0450
Debtors

# SCHEDULE  F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No: *8763**<br>Citibank NA<br>P.O. Box 790110<br>St. Louis, MO  63179-0110 | | **J** | **Date Incurred:**<br>**Consideration for Claim:**<br>Credit Card | | | | $2,803.73 |
| **Account No: *7395**<br>Citimortgage<br>c/o Academy Collection Services, Inc.<br>10965 Decatur Road<br>Philadelphia, PA  19154-3210 | | **J** | **Date Incurred:**<br>**Consideration for Claim:**<br>Extension of Credit | | | | $2,268.05 |
| **Account No: *7156**<br>Clerk of Circuit Court/Cook County<br>Child Support Division<br>28 North Clark Street<br>Chicago, IL  60602-2701 | | **H** | **Date Incurred:**<br>**Consideration for Claim:**<br>*Domestic Support, Separation Agr, Divorce | | | | $357.00 |
| **Account No: *1885**<br>Edgebrook Radiology<br>P.O. Box 7389<br>Prospect Heights, IL  60678 | | **J** | **Date Incurred:**<br>**Consideration for Claim:**<br>Medical Services | | | | $2,365.00 |
| **Account No: *0412**<br>Farmers Insurance<br>c/o Credit Collection Service<br>Two Wells Avenue, Dept. 9134<br>Newton, MA  02459 | | **J** | **Date Incurred:**<br>**Consideration for Claim:**<br>Fees | | | | $581.91 |
| **Account No: *1437**<br>LaSalle Bank<br>c/o Audit Systems, Inc.<br>3696 Ulmerton Rd., Suite 200<br>Clearwater, FL  33762 | | **J** | **Date Incurred:**<br>**Consideration for Claim:**<br>Fees | | | | $316.13 |
| **Account No: *1885**<br>Northwestern Medical Facility<br>38011 Eagle Way<br>Chicago, IL  60678 | | **J** | **Date Incurred:**<br>**Consideration for Claim:**<br>Medical Services | | | | $168.80 |
| **Account No: *7320**<br>Northwestern Medical Facility Foundation<br>38693 Eagle Way<br>Chicago, IL  60678-1386 | | **J** | **Date Incurred:**<br>**Consideration for Claim:**<br>Medical Services | | | | $40.00 |

|  |  |  |  | (Total of this page) | Subtotal ⇒ | | $8,900.62 |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Total ⇒ | | N/A |

1      continuation sheet(s) attached

In re: **Javier Delatorre and Raquel Delatorre**

Case No.

Chapter   7

Last four digits of Social Security No.:   0593
0450

Debtors

# SCHEDULE  F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No: *4265**<br>Northwestern Medical Facility Foundation<br>38693 Eagle Way<br>Chicago, IL  60678-1386 | | J | **Date Incurred:**<br>**Consideration for Claim:**<br>Medical Services | | | | $881.00 |
| **Account No: *4324**<br>Peoples Energy<br><br>Chicago, IL  60609-3137 | | J | **Date Incurred:**<br>**Consideration for Claim:**<br>Utility | | | | $574.04 |
| **Account No: *21-2**<br>Progressive Insurance Co.<br>c/o NCO Financial Services<br>507 Prudential Road<br>Horsham, PA  19044 | | J | **Date Incurred:**<br>**Consideration for Claim:**<br>Fees | | | | $261.84 |
| **Account No: *1264**<br>Revenue Production Management, Inc.<br>P.O. Box 830913<br>Birmingham, AL  35283-0913 | | J | **Date Incurred:**<br>**Consideration for Claim:**<br>Medical Services | | | | $124.20 |
| **Account No: *0-42**<br>Sinai Physician Group<br>c/o Pellettieri & Associates<br>P.O. Box 536<br>Linden, MI  48451-0536 | | W | **Date Incurred:**<br>**Consideration for Claim:**<br>Medical Services | | | | $35.00 |
| **Account No: *1125**<br>U.S. Cellular<br>c/o Account Recovery Service, Inc.<br>3031 North 114th Street<br>Milwaukee, WI  53222 | | J | **Date Incurred:**<br>**Consideration for Claim:**<br>Extension of Credit | | | | $321.88 |
| | | | | | | | |
| | | | | | | | |

(Total of this page)  Subtotal ⇒   $2,197.96

Total ⇒   $29,886.63

0   continuation sheet(s) attached

In re: **Javier Delatorre and Raquel Delatorre**                    Case No.

                                                                    Chapter      7

**Last four digits of Social Security No.:    0593**

Debtors                                        **0450**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e. "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

☒  **Check this box if debtor has no executory contracts or unexpired leases.**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

_0_   continuation sheet(s) attached

**In re:  Javier Delatorre and Raquel Delatorre**

Case No.

Chapter    7

**Last four digits of Social Security No.:    0593**

Debtors                                0450

# SCHEDULE  H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight  years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

☐ **Check this box if debtor has no codebtors.**

| NAME AND ADDRESS OF CODEBTOR. | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Raquel Delatorre<br>4314 South Wood Street<br>Chicago, IL  60609 | |

0    continuation sheet(s) attached

In re:  **Javier Delatorre and Raquel Delatorre**                                          **Case No.**

                                                                                             **Chapter    7**

**Last four digits of Social Security No.:    0593**

Debtors                                                                      **0450**

# SCHEDULE  I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
| --- | --- | --- |
| | **RELATIONSHIP** | **Age** |
| Married | **None** | |

| EMPLOYMENT | |
| --- | --- |
| **DEBTOR** | **SPOUSE** |
| Occupation | Engineer | **None** |
| Name of Employer | Hyatt Regency Chicago | |
| How long employed | | |
| Address of Employer | 151 East Wacker | |
| | Chicago, IL  60601 | |

| Income:        (Estimate of average monthly income) | **DEBTOR** | **SPOUSE** |
| --- | --- | --- |
| 1. **Current monthly gross wages, salary, and commissions** (prorate if not paid monthly.) | $3,759.25 | $0.00 |
| 2. **Estimated monthly overtime** | $0.00 | $0.00 |
| 3. **SUBTOTAL** | $3,759.25 | $0.00 |
| 4. **LESS PAYROLL DEDUCTIONS** | | |
| a. **Payroll taxes and social security** | $718.77 | $0.00 |
| b. **Insurance** | $0.00 | $0.00 |
| c. **Union dues** | $0.00 | $0.00 |
| d. **Other (Specify) :**    Medicare Tax | $69.10 | $0.00 |
| 5. **SUBTOTAL OF PAYROLL DEDUCTIONS** | $787.87 | $0.00 |
| 6. **TOTAL NET MONTHLY TAKE HOME PAY** | $2,971.39 | $0.00 |
| 7. **Regular income from operation of business or profession or farm** (attach detailed statement) | $0.00 | $0.00 |
| 8. **Income from real property** | $0.00 | $0.00 |
| 9. **Interest and dividends** | $0.00 | $0.00 |
| 10. **Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above** | $0.00 | $0.00 |
| 11. **Social security or other government assistance** (Specify) | $0.00 | $0.00 |
| 12. **Pension or retirement income** | $0.00 | $0.00 |
| 13. **Other monthly income** (Specify) | $0.00 | $0.00 |
| 14. **SUBTOTAL OF LINES 7 THROUGH 13** | $0.00 | $0.00 |
| 15. **TOTAL MONTHLY INCOME** | $2,971.39 | $0.00 |
| 16. **TOTAL COMBINED MONTHLY INCOME** | $2,971.39 | |

(Report also on Summary of Schedules)

17. **Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:**

      None

0)       continuation sheet(s) attached

In re:  **Javier Delatorre and Raquel Delatorre**

**Case No.**

**Chapter    7**

Last four digits of Social Security No.:  **0593**

**0450**

Debtors

# SCHEDULE  J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $2,565.72 |
| a. Are real estate taxes included? | Yes ____ No  X | |
| b. Is property insurance included? | Yes  X  No ____ | |
| 2. Utilities:  a. Electricity and heating fue | | $175.00 |
| b. Water and sewer | | $15.00 |
| c. Telephone | | $190.00 |
| d. Other | | $0.00 |
| 3. Home maintenance (repairs and upkeep) | | $0.00 |
| 4. Food | | $530.00 |
| 5. Clothing | | $150.00 |
| 6. Laundry and dry cleaning | | $60.00 |
| 7. Medical and dental expenses | | $275.00 |
| 8. Transportation (not including car payments) | | $420.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $110.00 |
| 10. Charitable contributions | | $130.00 |
| 11.  Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $0.00 |
| b. Life | | $55.00 |
| c. Health | | $0.00 |
| d. Auto | | $107.00 |
| e. Other | | $0.00 |
| 12.  Taxes (not deducted from wages or included in home mortgage payments) | | |
| **Specify :**    Real Estate Taxes | | $130.00 |
| 13. Installment payments: (In Chapter 11, 12 and 13 cases, do not list payments to be included in the pla | | |
| a. Auto | | $0.00 |
| b. Other | | $0.00 |
| 14. Alimony, maintenance, and support paid to others | | $0.00 |
| 15. Payments for support of additional dependents not living at your home | | $0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $0.00 |
| 17. Other :     Day Care/babysitting | | $120.00 |
| 18. **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | | $5,032.72 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

None

| | | |
|---|---|---:|
| 20.  **STATEMENT OF NET MONTHLY INCOME** | | |
| a. Total monthly income from Line 16 of Schedule I | | $2,971.39 |
| b. Total monthly expenses from Line 18 above | | $5,032.72 |
| c. Monthly net income (a. minus b.) | | ($2,061.33) |

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois
### Eastern Division

In re:                                                                                                    Chapter 7

Javier Delatorre                                                               Case Number: _____

Raquel Delatorre

Debtors

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL/JOINT DEBTOR

We declare under penalty of perjury that we have read the foregoing summary and schedules, consisting of 16 sheets, and that they are true and correct to the best of our knowledge, information and belief.

Date: _____          Signature:    /s/Javier Delatorre
                                                                        _____
                                                                        Javier Delatorre

Date: _____          Signature:    /s/Raquel Delatorre
                                                                        _____
                                                                        Raquel Delatorre

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER  (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Print or Typed Name of Bankruptcy Petition Preparer          Social Security Number
                                                                                        (Required by 11 USC § 110)

_____
_____
Address                                         Tel . No.

_____          _____
Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, _____, _____ of the _____, named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 16 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature:    _____
                                                         Name:    _____
                                                          Title:    _____

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In re: **Javier Delatorre and Raquel Delatorre**                    **Case No. _____**

## Statement Of Financial Affairs

   This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address or a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child.".  See 11 U.S.C. § 112; Fed R. Bankr. P. 1007(m).

   Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

   "IN BUSINESS." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor may also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

   "INSIDER." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

| None | **1. Income from employment or operation of business** |
| --- | --- |
| [ ] | State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

|   | **Amount** | **Source (if more than one)** | **Year** | **Fiscal Year** |
| --- | --- | --- | --- | --- |
| J | $45,396.00 | Employment | 2006 |   |
| J | $47,557.00 | Employment | 2005 |   |

_____

None
[X]
**2. Income other than from employment or operation of business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | **Amount**   **Source (if more than one)** | **Year** |
| --- | --- | --- |

**3. Payments to creditors**
***Complete A. or B., as appropriate, and C.***

None
[X]
A. *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property  that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| **Name and Address of Creditor** | **Dates of Payments** | **Amount Paid** | **Amount Still Owing** |
| --- | --- | --- | --- |

None
[X]
B. *Debtors whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| **Name and Address of Creditor** | **Dates of Payments / Transfers** | **Amount Paid or Value of Transfers** | **Amount Still Owing** |
| --- | --- | --- | --- |

None
[X]
C. *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| **Name and Address of  Creditor and Relationship to Debtor** | **Date of Payment** | **Amount Paid** | **Amount Still Owing** |
| --- | --- | --- | --- |

Form7. Statement of Financial Affairs

**None**
**[ ]**

**4. Suits and administrative proceedings, executions, garnishments and attachments**

A. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Raquel Delatorre v. Hyatt Regency Hotel 06 WC 13272 | Workers' Compensation | Industrial Commission Chicago | Pending |
| Capital One Bank vs. Javier Delatorre 07 M1 128103 | Collection | Circuit Court of Cook County, Illinois Richard J. Daley Center Chicago, Illinois | Pending |

**None**
**[X]**

B. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person for Whose Benefit Property was Seized | Date of Seizure | Description and Value of Property |
|---|---|---|

**None**
**[X]**

**5. Repossessions, foreclosures and returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor or Seller | Date of Repossession, Foreclosure Sale, Transfer or Return | Description and Value of Property |
|---|---|---|

**None**
**[X]**

**6. Assignments and receiverships**

A. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Assignee | Date of Assignment | Terms of Assignment or Settlement |
|---|---|---|

Form7. Statement of Financial Affairs

None
[X]

B. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Custodian | Name and Location of Court, Case Title & Number | Date of Order | Description and Value of Property |
| --- | --- | --- | --- |

None
[X]

**7. Gifts**

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person or Organization | Relationship to Debtor, if any | Date of Gift | Description and Value of Gift |
| --- | --- | --- | --- |

None
[X]

**8. Losses**

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Description and Value of Property | Description of Circumstances and, If Loss was Covered in Whole or in Part By Insurance, Give Particulars | Date Of Loss |
| --- | --- | --- |

None
[ ]

**9. Payments related to debt counseling or bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| Name and Address of Payee | Date of Payment, Name of Payor if Other Than Debtor | Amount of Money or Description and Value of Property |
| --- | --- | --- |
| Phillip M. Migdal, Attorney 29 South LaSalle Street Suite 340 Chicago, IL 60603 | January 31, 2007 | Legal services and fees $2,000.00 |

Form7. Statement of Financial Affairs

**None**
**[X]**

**10. Other transfers**

A. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Transferee, Relationship to Debtor | Date | Describe Property Transferred and Value Received |
| --- | --- | --- |

**None**
**[X]**

B. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| Name of Trust or Other Device | Date(s) of Transfer(s) | Amount of Money or Description and Value of Property or Debtor's Interest in Property |
| --- | --- | --- |

**None**
**[X]**

**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Institution | Type and Number of Account and Amount of Final Balance | Amount and Date of Sale or Closing |
| --- | --- | --- |

**None**
**[X]**

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Bank or Other Depository | Name and Addresses of Those With Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, if any |
| --- | --- | --- | --- |

**None**
**[X]**

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| **Name and Address of Creditor** | **Date of Setoff** | **Amount of Setoff** |
| --- | --- | --- |

**None**
**[X]**

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

| **Name and Address of Owner** | **Description and Value of Property** | **Location of Property** |
| --- | --- | --- |

**None**
**[X]**

**15. Prior address of debtor**

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| **Address** | **Name Used** | **Dates of Occupancy** |
| --- | --- | --- |

**None**
**[X]**

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**Name**

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

Form7. Statement of Financial Affairs

None
[X]

A. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|

None
[X]

B. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|

None
[X]

C. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| Name and Address of Governmental Unit | Docket Number | Status or Disposition |
|---|---|---|

None
[X]

**18. Nature, location and name of business**

A. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full-time or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| Name | Last Four Digits of Soc. Sec. No./ Complete EIN or Other Taxpayer I.D. No. | Address | Nature of Business | Beginning and Ending Dates |
|---|---|---|---|---|

Form7. Statement of Financial Affairs

**None**
**[X]**

B. Identify any business listed in response to subdivision A., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

**Name**                                                    **Address**

_____

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct.

Date _____     /s/Javier Delatorre _____
                                                                          Signature of Debtor

                                                                          Javier Delatorre

Date _____     /s/Raquel Delatorre _____
                                                                          Signature of Joint Debtor, (if any)

                                                                          Raquel Delatorre

_____

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____     Signature _____

                                         Print Name and Title _____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

_____

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER  (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1)  I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2)  I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name of Bankruptcy Petition Preparer     Social Security Number
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer     Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.

Form7. Statement of Financial Affairs

## United States Bankruptcy Court
### Northern District of Illinois
### Eastern Division

In re:  **Javier Delatorre and Raquel Delatorre**

**Last four digits of Social Security No.:** 0593
Debtors                                    0450

Case No.

Chapter    **7**

# INDIVIDUAL DEBTOR'S STATEMENT OF INTENTIONS

☒ We have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐ We have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒ We intend to do the following with respect to the property of the estate which secures those consumer debts:

| Property Securing Debt | | | | | |
|---|---|---|---|---|---|
| Description of Property | Creditor's Name | Property will be surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. §722 | Debt will be reaffirmed pursuant to 11 U.S.C. §524(c) |
| 1998 Mercury Villager | State Farm Insurance Bank | | | | X |
| 3 bedroom single family | HSBC Mortgage Services | X | | | |

Date: _____

Signed:  /s/Javier Delatorre _____

Javier Delatorre

/s/Raquel Delatorre _____

Raquel Delatorre

() continuation sheet(s) attached

Phillip M. Migdal
Phillip M. Migdal
29 South LaSalle Street
Suite 340
Chicago, IL 60603
Tel: (312) 332-6867
Fax: (312) 332-6750
**Attorney for Petitioners**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
## Eastern Division

| | | |
|---|---|---|
| In re: | | Chapter 7 |
| Javier Delatorre | | Case Number: _____ |
| Raquel Delatorre | | |
| Debtors | | |

## VERIFICATION OF CREDITOR MAILING MATRIX

The above named debtors or debtors' attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 2 pages including this declaration, is complete, correct and consistent with the debtors' schedules pursuant to the local bankruptcy rules and we assume all responsibility for errors and omissions.

Dated: Thursday, June 21, 2007

/s/Javier Delatorre
Javier Delatorre
Debtor

/s/Raquel Delatorre
Raquel Delatorre
Joint Debtor

/s/Phillip M. Migdal
Phillip M. Migdal
Attorney for Petitioners

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In re:                                                                                                    Chapter 7

Javier Delatorre                                                              Case Number: _____

Raquel Delatorre

Debtors

## Disclosure of Compensation of Attorney for Debtor

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |
|---|---|
| For legal services, I have agreed to accept............................................................ | $2,000.00 |
| Prior to the filing of this statement I have received.................................................. | $0.00 |
| Balance Due............................................................................................................ | $2,000.00 |

2.    The source of the compensation paid to me was:
       [X] Debtor [  ] Other (specify)

3.    The source of compensation to be paid to me is:
       [X] Debtor [  ] Other (specify)

4.    [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5.    In return for the above fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
       a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
       b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
       c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

       d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters.

       e.    Other:

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date: _____                    /s/Phillip M. Migdal
                                                                    Signature of Attorney
                                                                    Phillip M. Migdal
                                                                    Phillip M. Migdal

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In re:                                                                                          Chapter: 7

Javier Delatorre                                                         Bankruptcy Case No: _____

Raquel Delatorre

Debtors

## DECLARATION REGARDING ELECTRONIC FILING
Signed by Debtor(s) or Corporate Representative and Attorney

PART I - DECLARATION OF PETITIONER                          Date: _____

A.      To be completed in all cases.

I(We) <u>Javier Delatorre and Raquel Delatorre</u>, the  undersigned debtor(s), corporate officer, partner, or member, ***hereby declare under penalty of  perjury*** that the information I(we) have given my(our) attorney, including correct social security  number(s) and the information provided in the electronically filed petition, statements, and schedules is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. § 707(a) and 105.

B.       To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

[X]      I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code, I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in  accordance with chapter 7.

C.      To be checked and applicable only if the petition is a corporation, partnership or limited liability entity.

[  ]     I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor.  The debtor requests relief in accordance with the chapter specified in the petition.

Signature:   /s/Javier Delatorre _____                    Signature:   /s/Raquel Delatorre _____
                    (Debtor or Corporate Officer, Partner or Member)                         (Joint Debtor)

                                                                                              Date: _____

PART II - DECLARATION OF ATTORNEY

I ***declare under penalty of perjury***  that I have reviewed the above debtor's(s) petition and that the information is complete and correct to the best of my knowledge. The debtor(s) will have signed this form before I submit the petition, schedules, and statements. I will give the debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court. If an individual, I further declare that I have informed the petitioner(s) that they may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter. This declaration is based on all information of which I have knowledge.

Signature of Attorney:              /s/Phillip M. Migdal _____

Typed or Printed Name of Attorney:   Phillip M. Migdal _____

AOL
GPO
P.O. Box 30623
Tampa, FL 33630-0623

AT & T
c/o CCA
P.O. Box 806
Norwell, MA 02061-0806

Capital One Bank
c/o United Recovery Systems
5800 North Course Drive
Houston, TX 77072

Capitol One
P.O. Box 790216
St. Louis, MO 63179-0216

Chase Cardmember Service
P.O. Box 100044
Kennesaw, GA 30156-9244

Cingular Wireless
P.O. Box 6428
Carol Stream, IL 60197-6428

Citibank
P.O. Box 92350
Albuquerque, NM 87199-2350

Citibank NA
P.O. Box 790110
St. Louis, MO 63179-0110

Citimortgage
c/o Academy Collection Services, Inc.
10965 Decatur Road
Philadelphia, PA 19154-3210

Clerk of Circuit Court/Cook County
Child Support Division
28 North Clark Street
Chicago, IL 60602-2701

Cook County Assessor
118 North Clark Street
Chicago, IL 60602

Edgebrook Radiology
P.O. Box 7389
Prospect Heights, IL 60678

Farmers Insurance
c/o Credit Collection Service
Two Wells Avenue, Dept. 9134
Newton, MA 02459

HSBC Mortgage Services
P.O. Box 17580
Baltimore, MD 21297

LaSalle Bank
c/o Audit Systems, Inc.
3696 Ulmerton Rd., Suite 200
Clearwater, FL 33762

Northwestern Medical Facility
38011 Eagle Way
Chicago, IL 60678

Northwestern Medical Facility
38693 Eagle Way
Chicago, IL 60678-1386

Peoples Energy
Chicago, IL 60609-3137

Progressive Insurance Co.
c/o NCO Financial Services
507 Prudential Road
Horsham, PA 19044

Revenue Production Management, Inc.
P.O. Box 830913
Birmingham, AL 35283-0913

Sinai Physician Group
c/o Pellettieri & Associates
P.O. Box 536
Linden, MI 48451-0536

State Farm Insurance Bank
P.O. Box 3299
Milwaukee, WI 53201-3299

U.S. Cellular
c/o Account Recovery Service, Inc.
3031 North 114th Street
Milwaukee, WI 53222